UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROBIN B. WILLIAMS BOSWELL, :
:
Plaintiff, :
: 21-CV-2364 (JPC)
-v- :
: ORDER
COMMISSIONER OF SOCIAL SECURITY, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 8, 2021, the Court issued an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Sarah L. Cave. Dkt. 9. If either party did not consent, the Court requested a joint letter advising of this within two weeks of that Order. *Id.* The Court has not received any update from the parties, and respectfully reminds them to comply with the Order filed April 8, 2021.

SO ORDERED.

Dated: May 7, 2021
New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge