UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN B. WILLIAMS BOSWELL,

                Plaintiff,

-v-                              CIVIL ACTION NO.: 21 Civ. 2364 (JPC) (SLC)

COMMISSIONER OF SOCIAL SECURITY,           **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On September 20, 2021, at the Commissioner's request, the Court extended the Commissioner's deadline to file its motion for judgment on the pleadings (the "Motion") to October 20, 2021. (ECF No. 18). To date, the Commissioner has neither filed the Motion nor requested an extension of the now-lapsed deadline to do so. Accordingly, the Court <u>sua sponte</u> extends the Commissioner's deadline to file the Motion, and orders as follows:

1. The Commissioner shall file its motion for judgment on the pleadings by **October 29, 2021**;

2. Plaintiff must file an answering brief by **December 28, 2021**; and

3. The Commissioner shall file its reply, if any, by **January 18, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address below.

Dated:     New York, New York               SO ORDERED.
            October 25, 2021

                                                       _____
                                                        SARAH L. CAVE
                                                        **United States Magistrate Judge**

<u>Mail to</u>:

Robin B. Williams Boswell
2053 Adam Clayton Powell Junior Boulevard
#4B
New York, New York 10027