UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBIN WILLIAMS BOSWELL,

                Plaintiff,                              21 **CIVIL** 2364(JPC)(GRJ)

      -against-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated August 29, 2022, the Report and Recommendation is adopted in part and rejected in part. Plaintiff's motion for an order reversing the Commissioner's decision or, in the alternative, remanding the matter is granted in part and denied in part. Specifically, it is granted insofar as it seeks remand for further administrative proceedings and denied insofar as it seeks outright reversal and remand solely for payment of benefits. Defendant's motion for an order affirming the Commissioner's decision is denied. This case is remanded to the Social Security Administration for further proceedings consistent with this Opinion and Order.

**Dated:**  New York, New York

      August 30, 2022

                                                                  **RUBY J. KRAJICK**

                                                                    _____
                                                                    **Clerk of Court**

                             **BY:**                     _____
                                                                     **Deputy Clerk**